UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARELL SHAW,

       Plaintiff,                      CIVIL ACTION NO.   10-10727

v.                                    HONORABLE AVERN COHN

SOCIAL SECURITY, COMMISSIONER OF,

       Defendant.
_____/

**ORDER DENYING APPLICATION FOR APPOINTMENT OF COUNSEL**

    Before the Court is Plaintiff's Application of Appointment of Counsel. Only in rare circumstances, is it the practice of this Court to attempt to obtain counsel.   Now therefore;

    **IT IS HEREBY ORDERED** that the application is **DENIED**.

                                          s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

Dated:  May 17, 2011

I hereby certify that a copy of the foregoing document was mailed to Sharell Shaw, 20925 Lahser, Apt 815, Southfield, MI 48033 and the attorneys of record on this date, May 17, 2011, by electronic and/or ordinary mail.

                                          s/Julie Owens
                                          Case Manager, (313) 234-5160